**97–2020.  State v. Chinn.**
Montgomery App. No. 16206. Reported at 85 Ohio St.3d 548, 709 N.E.2d 1166. On motion for reconsideration. Motion denied.

**97–2443.  Anheuser–Busch, Inc. v. Tracy.**
Board of Tax Appeals, Nos. 95–T–922 and 95–T–923.  Reported at 85 Ohio St.3d 514, 709 N.E.2d 834. On motion for reconsideration.  Motion denied.
    PFEIFER, J., dissents.

**98–442.  Scott–Pontzer v. Liberty Mut. Fire Ins. Co.**
Stark App. No. 1997CA00152.  Reported at 85 Ohio St.3d 660, 710 N.E.2d 1116.  On motion for reconsideration.  Motion denied.
    MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–616.  State v. Climaco, Climaco, Seminatore, Lefkowitz & Garofoli Co., L.P.A.**
Franklin App. No. 97APA03–429.  Reported at 85 Ohio St.3d 582, 709 N.E.2d 1192.  On motion for reconsideration.  Motion denied.
    MOYER, C.J., and COOK, J., dissent.

**98–1462.  Waite v. Progressive Ins. Co.**
Huron App. No. H–97–036.  Reported at 85 Ohio St.3d 1226, 710 N.E.2d 275.  On motion for reconsideration.  Motion denied.
    DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent.

**98–2570.  State ex rel. Baker v. State Personnel Bd. of Review.**
Franklin App. No. 98AP–886.  Reported at 85 Ohio St.3d 640, 710 N.E.2d 706.  On motion for reconsideration.  Motion denied.

**99–315.  Roulet v. AAA Pipe Cleaning Corp.**
Cuyahoga App. No. 75425.  Reported at 85 Ohio St.3d 1498, 710 N.E.2d 717.  On motion for reconsideration.  Motion denied.
    MOYER, C.J., DOUGLAS and COOK, JJ., dissent and would grant the motion and hold the cause for the decision in 97–1870, *Burger v. Cleveland Hts.,* Cuyahoga App. No. 72675.

**99–421.  Hillyer v. State Farm Mut. Auto. Ins. Co.**
Cuyahoga App. No. 75073.  Reported at 85 Ohio St.3d 1498, 710 N.E.2d 717.  On motion for reconsideration.  Motion granted and discretionary appeal allowed; *sua sponte,* cause held for the decision in 98–1607, *Hillyer v. State Farm Ins. Co.,* Lake App. No. 97–L–031; briefing schedule stayed.
    MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**99–437.  State v. Hanning.**
Franklin App. No. 98AP–380.  Reported at 85 Ohio St.3d 1498, 710 N.E.2d 717.  On motion for reconsideration.  Motion granted and discretionary appeal allowed.
    MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent.

**99–446.  Meyers v. Hot Bagels Factory, Inc.**
Hamilton App. Nos. C–980199 and C–980241.  Reported at 85 Ohio St.3d 1487, 709 N.E.2d 1214.  On motion for reconsideration.  Motion denied.

**99–464.  Kolick & Kondzer v. Madonia.**
Cuyahoga App. No. 75202.  Reported at 85 Ohio St.3d 1489, 709 N.E.2d 1216.  On motion for reconsideration.  Motion denied.

**99–493.  State v. Rains.**
Fulton App. No. F–98–016.  Reported at 85 Ohio St.3d 1496, 710 N.E.2d 716.  On motion for reconsideration.  Motion denied.
    LUNDBERG STRATTON, J., dissents.
    RESNICK, J., not participating.